**BRYAN CAVE LLP**
Deborah A. Goldfarb, California Bar No. 241942
Lily Robinton, California Bar No. 272854
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111-3907
Telephone:    (415) 675-3400
Facsimile:    (415) 675-3434
E-Mail:       deborah.goldfarb@bryancave.com
E-Mail:       lily.robinton @bryancave.com

**BRYAN CAVE LLP**
Robert E. Boone III, California Bar No. 132780
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone:  310-576-2100
Facsimile:  310-576-2200
Email:       reboone@bryancave.com

Attorneys for Defendant
BANK OF AMERICA CORPORATION

**\*E-FILED 06-13-2011\***

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
SAN FRANCISCO, CALIFORNIA 94111-3907

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ERY HERNANDEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 11-CV-02004-HRL<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed:     March 25, 2011<br>Trial Date:          Not set<br><br>**[N.D. Local Rule 6-2]**<br><br>**[Re:   Docket No. 9]** |

TO THE COURT IN THE ABOVE ENTITLED ACTION:

The parties in this action, through their counsel of record, hereby enter into the following stipulation.

1.      Plaintiff in this action filed a Complaint in the Superior Court of California for the County of San Benito on March 25, 2011.

2.      Prior to responding to the Complaint, Defendant removed the action to the United States District Court for the Northern District of California, Case No. 11-CV-02004 on April 25,

1  2011.

2     3.    On April 29, 2011 the parties filed a stipulation pursuant to N.D. Local Rule 6-1

3  extending Defendant's time to respond to the Complaint until June 28, 2011.

4     4.    The parties now make this stipulated request for an order further extending

5  Defendant's time to respond to the Complaint until July 29, 2011.  The parties wish to discuss

6  settlement without incurring additional attorneys' fees and costs associated with formally

7  responding to the Complaint.

8     5.    An extension of time for Defendant to respond to the Complaint would not result in

9  prejudice to any party to this action or to this Court.

10    6.    An extension of time for Defendant to respond to the Complaint may affect the

11  following dates and deadlines already fixed by Court order: (1) June 28, 2011, deadline for the

12  parties to meet and confer pursuant to Federal Rule of Civil Procedure 26(f); (2) July 12, 2011,

13  deadline to file joint case management statement and serve discovery plan and initial disclosures;

14  (3) July 19, 2011, date of initial case management conference.

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
SAN FRANCISCO, CALIFORNIA 94111-3907

1  Based on the foregoing, the Parties hereby stipulate as follows:

2      1.      Defendant's time to respond to Plaintiff's Complaint shall be extended so that

3  Defendant shall file its response to Plaintiff's Complaint on or before July 29, 2011.

4      2.      The Trustee Sale with respect to real property located at 320 Primavera Drive,

5  Hollister, California 95023 shall be postponed until no earlier than August 1, 2011.

6      3.      The parties request that the initial case management conference, currently set for

7  July 19, 2011, be continued until August 30, 2011 or such future date as the Court shall determine.

8

9  Dated:  June 6, 2011            **THE LAW OFFICE OF WENDELL J. JONES**

10                                 By:    /s/ Wendell J. Jones
11                                        Wendell J. Jones
                                          Attorney for Plaintiff
12                                        ERY HERNANDEZ

13  Dated:  June 7, 2011           **BRYAN CAVE LLP**

14

15                                 By:    /s/ Lily R. Robinton
                                          Lily R. Robinton
16                                        Attorneys for Defendant
                                          BANK OF AMERICA CORPORATION

17

18

19

20

21

22

23

24

25

26

27

28

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
SAN FRANCISCO, CALIFORNIA 94111-3907

C074810/0321513/34060.1                    3

STIPULATION TO CONTINUE DEADLINE TO RESPOND TO COMPLAINT– 11-CV-02004-HRL

**[PROPOSED] ORDER**

The Court, having duly considered the Parties' stipulation set forth above, hereby finds as follows:

1.      Defendant's time to respond to Plaintiff's Complaint shall be extended so that Defendant shall file its response to Plaintiff's Complaint on or before July 29, 2011.

2.      The Trustee Sale with respect to real property located at 320 Primavera Drive, Hollister, California 95023 shall be postponed until no earlier than August 1, 2011.

3.      The date of initial case management conference ~~shall be~~ is continued ~~until~~ to August 30, **1:30 p.m.  All related deadlines are adjusted accordingly.** 2011 ~~or such future date as the Court shall determine~~.

**IT IS SO ORDERED.**

Dated:   June 13, 2011

_____

Hon. Howard R. Lloyd   Magistrate Judge
United States District Court
Northern District of California

BRYAN CAVE LLP
TWO EMBARCADERO CENTER, SUITE 1410
SAN FRANCISCO, CALIFORNIA 94111-3907

C074810/0321513/34060.1

4

STIPULATION TO CONTINUE DEADLINE TO RESPOND TO COMPLAINT– 11-CV-02004-HRL